# EXHIBIT C

| IBC - Zapata<br>P.O. Box 1030<br>Zapata, TX  78076-1030 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SN-Salaried Nonexempt<br>09/01/2012<br>09/15/2012 | Business Unit:<br>Advice #:<br>Advice Date: | 003<br>000000000425397<br>09/14/2012 |
|---|---|---|---|---|

|  |  |  | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| **Carlos A Reyna Quintanilla**<br>1702 East Avenue F<br>Kingsville, TX  78363 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 22583<br>705-Teller Operations<br>Kingsville-University<br>Universal Teller I<br>$15,985.00 Annual | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>1 | n/a<br>0 |

### HOURS AND EARNINGS

| **Description** | **Rate** | Current **Hours** | **Earnings** | YTD **Hours** | **Earnings** |
|---|---|---|---|---|---|
| Regular Pay |  |  | 666.04 | 400.00 | 2,997.18 |
| Overtime FLSA Adjustment |  |  | 11.82 |  | 170.31 |
| Overtime FT (Fluc) |  | 8.83 | 32.01 | 42.69 | 154.76 |
| **TOTAL:** |  | **8.83** | **709.87** | **442.69** | **3,322.25** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 51.17 | 348.34 |
| Fed MED/EE | 10.29 | 48.17 |
| Fed OASDI/EE | 29.81 | 139.53 |
| **TOTAL:** | **91.27** | **536.04** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| *TAXABLE |  |  |

|  | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 709.87 | 709.87 | 91.27 | 0.00 | 618.60 |
| YTD | 3,322.25 | 3,322.25 | 536.04 | 0.00 | 2,786.21 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000425397 | Checking | 2310882232 | $618.60 |
| **TOTAL:** |  |  | **$618.60** |

NOTE: This check contains the sum of multiple overtime earnings.

**MESSAGE:**

### Summary Annual Report
### For the International Bank of Commerce of Laredo Welfare Benefit Plan

This is a summary of the annual report of the International Bank of Commerce of Laredo Welfare Benefit Plan, EIN 74-2157138, Plan No. 502, for period June 01, 2009 through May 31, 2010.  The annual report has been filed with the Employee Benefits Security Administration, U. S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).
International Bank of Commerce of Laredo has committed itself to pay certain self-funded Medical claims incurred under the terms of the plan.

### Your Rights to Additional Information

You have the right to receive a copy of the full annual report.  To obtain a copy of the full annual report, or any part thereof, write or call the office of International Bank of Commerce of Laredo at 1200 San Bernardo, Laredo, TX 78040, or by telephone at (956) 722-7611.
You also have the legally protected right to examine the annual report at the main office of the plan (International Bank of Commerce of Laredo, 1200 San Bernardo, Laredo, TX 78040) and at the U. S. Department of Labor in Washington, D. C., or to obtain a copy from the U. S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, Room N1513, Employee Benefits Security Administration, U. S. Department of Labor, 200 Constitution Avenue, N. W., Washington, D. C. 20210.