United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CARLOS REYNA, Individually and On Behalf of All Others Similarly Situated | § § § § | |
| v. | § § | Civil Action No. 2:15-cv-00371 |
| INTERNATIONAL BANK OF COMMERCE | § § § | JURY TRIAL DEMANDED |

## ORDER

On this date, came to be considered Defendant's Motion to Dismiss, or in the Alternative, Motion to Compel Arbitration, Strike Class Claims and Stay or Dismiss Proceeding, and Brief in Support (the "Motion") in the above-captioned lawsuit. The Court, having considered the Motion, Plaintiff's Response, if any, the pleadings on file and all other things properly before it, finds that the Motion should be, in all things, GRANTED. It is therefore

ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED. It is further

ORDERED, ADJUDGED and DECREED that any and all of Plaintiff's claims for violations of the Fair Labor Standards Act are DISMISSED.

Signed and entered this _____ day of 11/10/16, 2015.

_____
UNITED STATES DISTRICT JUDGE

6357309