United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CARLOS REYNA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00371 |
| § | |
| INTERNATIONAL BANK OF § | |
| COMMERCE, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 63), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 10th day of November, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE